```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )
12          Plaintiff,            )  D.C. NO. 2-11-MJ-137 GGH
                                  )
13       v.                       )  APPLICATION AND ORDER
                                  )  FOR UNSEALING COMPLAINT
14  ROBERT MATHEW HARPER,         )
                                  )
15                                )
            Defendant.            )
16  _____ )
17
         On May 13, 2011, the complaint was filed in the above-
18
    referenced case.  Since the defendant has now been arrested, it is
19
    no longer necessary for the complaint to be sealed.  The government
20
    respectfully requests that the complaint be unsealed.
21
    DATED: May 13, 2011               BENJAMIN B. WAGNER
22                                    United States Attorney
23
                                   By:/s/ Samuel Wong
24                                    SAMUEL WONG
                                      Assistant U.S. Attorney
25
                                   ORDER
26  IT IS SO ORDERED:
27  DATED: May 13, 2011               /s/ Edmund F. Brennan
                                      HON. EDMUND F. BRENNAN
28                                    U.S. Magistrate Judge
                                 1
```