```
                                    FILED
                                    May 16, 2011
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                    CALIFORNIA

                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-MJ-00137-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROBERT MATTHEW HARPER, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT MATTHEW HARPER</u>, Case No. <u>2:11-MJ-00137-GGH</u>, Charge <u>Title 21 USC §§ 813; 952</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000</u>

        ✔ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

        ✔ (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court. Defendant shall be released to the custody of Pretrial Services on 5/17/11 at 9:00 a.m. for transportation to The Effort.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 16, 2011</u> at    3:51    pm.

By    /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge